**FILED**

OCT - 5 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Mag. No. 2:11-mj-0312 KJN |
| Plaintiff, | ORDER UNSEALING CRIMINAL COMPLAINT AND AFFIDAVIT IN SUPPORT OF THE CRIMINAL COMPLAINT |
| v | |
| NATHAN V. HOFFMAN, and HUNG CAO NGUYEN, aka John NGUYEN, | |
| Defendants. | |

Upon Application of the United States of America and good cause having been shown,

**IT IS HEREBY ORDERED** that the Criminal Complaint and Affidavit in support of the Criminal Complaint in Mag. No. 2:11-mj-0312 KJN be, and is, hereby ordered **UNSEALED**.

DATED: Oct 5, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE