FILED
October 19, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>     Plaintiff, )<br>  )<br>v. )<br>  )<br>NATHAN HOFFMAN, )<br>  )<br>     Defendant. ) | CASE NUMBER: 2:11-mj-00312 KJN<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>NATHAN HOFFMAN</u> ; Case <u>2:11-mj-00312-KJN</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

     <u>X</u>   Release on Personal Recognizance

     _   Bail Posted in the Sum of _____

     _   Unsecured Appearance Bond in the amount of $

     _   Appearance Bond with 10% Deposit

     _   Appearance Bond secured by Real Property

     _   Corporate Surety Bail Bond

     _   (Other) <u>Pretrial Supervision/Conditions.</u>

Issued at <u>Sacramento, CA</u> on <u>October 19, 2011</u> at <u>2:00 p.m.</u>

By _____
Dale A. Drozd
United States Magistrate Judge