ROBERT M. HELFEND, SBN 113380
22631 Pacific Coast Hwy.,
 No. 309
Malibu, CA 90265
818-591-2809
rmhelfend@gmail.com
Attorney for Defendant
NATHAN V. HOFFMAN

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 2:11MJ -0312-KJN |
|---|---|---|
| Plaintiff, | ) ) | ORDER CONTINUING PRELIMINARY HEARING |
| v. | ) ) | |
| NATHAN V. HOFFMAN, HUNG CAO NGUYEN | ) ) | Date: Time: |
| Defendants. | ) ) | |

   Based upon the representations by counsel and the stipulation of the parties, IT IS HEREBY ORDERED that:

   1.  The Court finds good cause to extend the Preliminary Hearing currently set for January 6, 2012, to February 10, 2012, at 2:00 p.m. pursuant to Federal Rule of Criminal Procedure 5.1(d);

   2.  Based upon the above representations and stipulation of the parties, the Court further finds that the ends of justice outweigh the best interest of the public and each defendant in a speedy trial.  Accordingly, time under the Speedy Trial Act shall be excluded through February 10, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) (Local Code T4).  The Court further finds that this case complex and unusual because of the voluminous discovery supporting the charges, the unique form of drug conspiracy in the case, and the large number of pending indicted defendants in two related cases captioned: United States v. Ebyam, Case No. 2:11-cr-00275 JAM, and United States v. Ebyam, et al., Case No. 2:11-cr-00276 JAM.  Accordingly, time under the Speedy Trial

Act shall be excluded through February 10, 2012, pursuant to 18 U.S.C.§ 3161(h)(7)(B)(ii) (Local Code T2).

**DATE:**  January 4, 2012

_____
**KENDALL J. NEWMAN**
**UNITED STATES MAGISTRATE JUDGE**

Submitted by:

   /s/
ROBERT M. HELFEND
Attorney for Defendant,
NATHAN V. HOFFMAN

2