1  DONALD M. RÉ, SBN 49079
2  A Professional Law Corporation
   One Wilshire Building
3  624 S. Grand Avenue, 22nd Floor
   Los Angeles, California 90017
4  Telephone: (213) 623-4234
5  Email: donaldmreplc@yahoo.com

6  Attorney for Defendant
   HUNG CAO NGUYEN
7

8                          UNITED STATES DISTRICT COURT
9
                           EASTERN DISTRICT OF CALIFORNIA
10

11 UNITED STATES OF AMERICA,          )      USDC CASE NO. 2:11-MJ-00312-KJN
                                      )
12          Plaintiff,                )      ORDER CONTINUING
13                                    )      PRELIMINARY HEARING
        v.                            )
14                                    )
   HUNG CAO NGUYEN,                   )
15                                    )
            Defendant.                )
16  _____)
17

18      Based upon the representations by counsel and the stipulation of the parties, IT IS HEREBY
19 ORDERED that:
20
        1. The Court finds good cause to extend the Preliminary Hearing currently set for February 10, 2012,
21
22 to April 6, 2012, at 2:00 p.m. pursuant to Federal Rule of Criminal Procedure 5.1(d):

23      2. Based upon the above representations and stipulation of the parties, the Court further finds that
24
   the ends of justice outweigh the best interest of the public and each defendant in a speedy trial. Accordingly,
25
   time under the Speedy Trial Act shall be excluded through April 6, 2012, pursuant to §3161(h)(7)(A). The
26

27
28

C:\wp\Hung Nguyen\Order Continuing Prelim

Court further finds that this case is complex. Accordingly, time under the Speedy Trial Act shall be excluded through April 6, 2012, pursuant to 18 U.S.C. §3161(h)(7)(B)(ii).

DATE: February 3, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Submitted by:

  /s/
_____
DONALD M. RÉ
Attorney for Defendant
NATHAN V. HOFFMAN